EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

EDRIC M. CHING #6697
Assistant U.S. Attorney
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: Edric.Ching@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAG NO. 04-363 KSC |
| Plaintiff, ) | |
| ) | **ORDER FOR DISMISSAL** |
| vs. ) | |
| ) | |
| SCOTT EDWARD HOSKINS, ) | |
| ) | |
| Defendant. ) | |

ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Hawaii hereby dismisses the Complaint against SCOTT EDWARD HOSKINS as the prosecution of this matter has been assumed by other authorities.

The defendant is not in federal custody.

DATED: Honolulu, Hawaii, _May 7, 2004_.

EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
District of Hawaii

By _/s/ Edric M. Ching_
EDRIC M. CHING
Assistant U.S. Attorney

Leave of court is granted for the filing of the foregoing dismissal.

___KEVIN S.C. CHANG___
UNITED STATES MAGISTRATE JUDGE

U.S.A. v. Scott Edward Hoskins
Mag. No. 04-363 KSC
"Order for Dismissal"